IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

THOMAS SAVOCA,

    Movant,

v.                                           CIVIL ACTION NO. 2:16-06666
                                           CRIMINAL NO. 2:03-00194-01

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

    By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on October 8, 2020, in which he recommended that the court deny movant's Emergency Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 293) and his pro se letter-form motion to supplement (ECF No. 346), and dismiss this civil action from the docket of the court.  (ECF No. 371.)

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to the PF&R.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir.

1989).  The parties failed to file objections to the PF&R within the required time period.

Accordingly, the court adopts the PF&R as follows:

1. Movant's Emergency Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 293) and his pro se letter-form motion to supplement (ECF No. 346) are **DENIED**; and

2. This civil action is **DISMISSED** from the docket of the court.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).  The court concludes that the governing standard is not satisfied in this instance.  Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 16th day of February, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge